# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAMES DAVID HELMUTH,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

James David Helmuth pleaded guilty to continuing sexual abuse of a child, and the jury assessed punishment at thirty-five years. He now attempts to appeal his conviction. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by the trial court, Appellant, and Appellant's counsel. Accordingly, the appeal is ***dismissed*** for want of jurisdiction.

Opinion delivered April 8, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)